**Order entered November 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00720-CR

**GABRIEL ADRIAN GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81860-2018**

## ORDER

Before the Court is appellant's November 21, 2019 motion for nunc pro tunc which we shall treat as a motion for leave to file an amended brief. We **GRANT** the motion and **ORDER** appellant to file his amended brief within ten days of the date of this order.

/s/     LANA MYERS
          JUSTICE
